Decided May 17, 1991

DEANN K. SEYMOUR *v.* LYNNE M. CARCIA

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 446, is granted, limited to the following issue:

"Was the Appellate Court correct in determining that the plaintiff introduced sufficient evidence to support the jury's award of future economic loss?"

*Philip J. O'Connor,* in support of the petition.

*Kathryn Calibey,* in opposition.

Decided May 17, 1991